**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD FRAZIER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-3368-JMY |
| FIRST TRANSIT, INC. | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this __28th__ day of __September__, 2020, it having been reported that the issues between the parties in the above action have been settled (*see* ECF No. 7), and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs, provided that any of the parties may, upon good cause shown within 90 days, reopen the action if settlement is not consummated.

**BY THE COURT:**

   /s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**